# United States Bankruptcy Court
## Northern District of California

**IN RE:**                                                        Case No. **13-51936 ASW**

**Valley Process Systems, Inc.**                                 Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 3,605,399.25 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 3,417,862.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 11,885.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $ 3,066,861.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 33 | $ 3,605,399.25 | $ 6,496,609.82 | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

Debtor(s)                                             (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | **TOTAL** | 0.00 |

(Report also on Summary of Schedules)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**
_____
Debtor(s)                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bridge Bank, Account Number 121143260, Checking, $0.00 balance on April 4, 2013.** | | **0.00** |
| | | **Wells Fargo Bank, Savings Account, 8710289508** | | **327.39** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit at Bridge Bank in a CD account for UA Local 104 Pension Fund** | | **50,014.86** |
| | | **Security deposit at Bridge Bank in a CD account for UA Local 393 Pension Fund** | | **16,187.31** |
| | | **Security deposit with Hobson Revocable Trust, Attn; Kathy Hobson for 3350 Scott Blvd., Suite 3901, Santa Clara, CA 95054** | | **6,802.17** |
| | | **Security Deposit with John C. Offenbacker, landlord, for 3350 Scott Blvd., Suite 4602, Santa Clara, CA 95054** | | **2,200.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Valley Process Systems, Inc.</u>                    Case No. <u>**13-51936 ASW**</u>

Debtor(s)                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable as of April 4, 2013** | | 3,439,549.92 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Vehicle loss claim. Date of loss: 2/13/2013, 2004 F150 Truck, pending receipt of payment from Federated Insurance** | | 5,117.60 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending insurance claim for theft of company owned tools, estimated value of $2,782.00 and employee owned tools used for work esimated value of &1,747.27, date of loss: 3/8/2013** | | 0.00 |
| | | **Pending lawsuit and insurance claim against James Castro for embezzlement** | | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Annual Business Tax Certificate, City of Santa Clara for Contractor** | | 0.00 |
| | | **Business Tax Certificate, Livermore, Mechanical Contractor** | | 0.00 |
| | | **City of Cupertino, Business License** | | 0.00 |
| | | **City of Fremont, Business Tax Certificate** | | 0.00 |
| | | **City of Hayward, Business Tax, General Contractor** | | 0.00 |
| | | **City of Milpitas, Business License Tax, Contractor** | | 0.00 |
| | | **City of Redwood City, Business Tax Certificate for Plumbing, Heating and Air-Conditioning Contractors** | | 0.00 |
| | | **City of San Jose, Business Tax Certificate, Specialty Trade Contractors** | | 0.00 |
| | | **City of Sunnyvale, Business License Tax, Contractor Specialty, Mechanical** | | 0.00 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.                    Case No. **13-51936 ASW**

Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Econoline Van, 229,979 | | 700.00 |
| | | 1998 Ford F250, 153,491 miles | | 2,000.00 |
| | | 1999 Ford Econoline Van, 179,505 miles | | 725.00 |
| | | 2000 Ford F250, 145,365 miles | | 2,700.00 |
| | | 2001 Ford F150, 171,358 miles | | 1,500.00 |
| | | 2001 Ford F350, 174,600 miles | | 3,000.00 |
| | | 2001Ford F150 Truck, 181,753 miles | | 1,500.00 |
| | | 2002 Ford F150, 142,176 miles | | 1,500.00 |
| | | 2002 Ford F150, 161,761 miles | | 1,500.00 |
| | | 2003 Nissan Frontier, 205,022 miles | | 3,900.00 |
| | | 2004 Ford F150 , 168,676 miles | | 3,300.00 |
| | | 2004 Ford F150, 114,869 miles | | 3,300.00 |
| | | 2005 Ford F150, 131,253 miles | | 3,400.00 |
| | | 2006 Ford F150 , 61,567 miles | | 5,300.00 |
| | | 2006 Ford F150,  79,634 miles | | 5,300.00 |
| | | 2006 Ford F150, 56,213 miles | | 5,300.00 |
| | | 2006 Ford F150, 65,058 | | 5,300.00 |
| | | 2007 Ford F150, 100,001 miles | | 5,600.00 |
| | | 2007 Ford F150, 70,793 miles | | 5,600.00 |
| | | 2007 Ford Taurus, 103,218 miles | | 4,175.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous construction equipment | | 6,300.00 |
| | | Office equipment (Four Laptops/Vostro 1720) | | 1,600.00 |
| | | Office furniture and framed photos | | 9,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous tools | | 2,200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Valley Process Systems, Inc.
Debtor(s)

Case No. 13-51936 ASW
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 3,605,399.25 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Process Systems, Inc.**                              Case No. **13-51936 ASW**

_____                    _____
                        Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Valley Process Systems, Inc.**                                                    Case No. **13-51936 ASW**
_____                                                    _____
Debtor(s)                                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bridge Bank** **Larry LaCriox, Senior Vice President** **55 Almaden Blvd., Suite 100** **San Jose, CA  95113-0000** | X | | | | | | 3,200,000.00 | |
| | | | VALUE $ **4,200,000.00** | | | | | |
| ACCOUNT NO. **Sheet Metal Workers Local 104** **2610 Crow Canyon Rd. Suite 300** **San Ramon, CA  94583-0000** | | | Disputed, union pension, 1/9/2013 | | | X | 57,047.83 | 7,032.97 |
| | | | VALUE $ **50,014.86** | | | | | |
| ACCOUNT NO. **UA 393 Contributions** **P.O. Box 39201** **Los Angeles, CA  90039-0000** | | | Disputed, 2012 - 2013, union pension | | | X | 123,850.79 | 107,663.48 |
| | | | VALUE $ **16,187.31** | | | | | |
| ACCOUNT NO. **UA 393 Contributions - Ken Benefits** **P.O. Box 39201** **Los Angeles, CA  90039-0000** | | | Disputed, 2012 - 2013, union pension payments for Kenneth D. Salazar | | | X | 36,964.00 | 36,964.00 |
| | | | VALUE $ **16,187.31** | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page)   $ **3,417,862.62**   $ **151,660.45**

Total (Use only on last page)   $ **3,417,862.62**   $ **151,660.45**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Process Systems, Inc.**          Case No. **13-51936 ASW**

Debtor(s)          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Process Systems, Inc.</u>                     Case No. <u>13-51936 ASW</u>

Debtor(s)                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-0000** | | | Disputed | | | X | **11,885.82** | **11,885.82** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **11,885.82** $ **11,885.82** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **11,885.82**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **11,885.82** $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Process Systems, Inc.</u>                    Case No. <u>**13-51936 ASW**</u>
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**2XL, Inc.**<br>**590 Brennan Street**<br>**San Jose, CA 95131-0000** | | | | | | | **650.00** |
| ACCOUNT NO.<br>**Ace Fire Equipment & Service, Inc.**<br>**1870 West Bayshore Road**<br>**Palo Alto, CA 94302-0000** | | | | | | | **7,161.05** |
| ACCOUNT NO.<br>**Acosta Sheet Metal Mfg. Co., Inc.**<br>**930 Remillard Ct.**<br>**San Jose, CA 95122-0000** | | | **Disputed** | | | **X** | **61,094.41** |
| ACCOUNT NO.<br>**Advanced Industrial Coating**<br>**950 Industrial Drive**<br>**Stockton, CA 95206-0000** | | | | | | | **630.19** |

<u>**20**</u> continuation sheets attached

Subtotal
(Total of this page)          $  **69,535.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*(left margin)* © 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Air Exchange Inc.**<br>**1185 San Mateo Ave**<br>**San Bruno, CA  94066-0000** | | | 3/28/2013 and 2/12/2013, Materials | | | | 4,625.42 |
| ACCOUNT NO.<br>**Airgas-NCN**<br>**6790 Florin Perkins Road Suite 300**<br>**Sacramento, CA  95828-0000** | | | 5/7/2012, Gases/Materials | | | | 205.58 |
| ACCOUNT NO.<br>**Ali Shirazi**<br>**6521 Pajaro Way**<br>**San Jose, CA  95120-0000** | | | 9/30/2012 to 1/30/2013, Design and engineering services | | | X | 55,836.32 |
| ACCOUNT NO.<br>**All Spec Piping Inc.**<br>**1775 Monterey Road, #46-B**<br>**San Jose, CA  95112-0000** | | | 12/26/2012, subcontractor | | | | 2,800.00 |
| ACCOUNT NO.<br>**All Star Glass**<br>**1845 Morena Blvd.**<br>**San Diego, CA  92110-0000** | | | 1/11/2013 to 3/5/2013, vehicle glass repair and replacement | | | | 980.72 |
| ACCOUNT NO.<br>**Alliance Occupational Medicine Inc.**<br>**2737 Walsh Ave**<br>**Santa Clara, CA  95051-0000** | | | Medical services for first aid treatment, 12/28/2012 | | | | 285.83 |
| ACCOUNT NO.<br>**American Express**<br>**Box 001**<br>**Los Angeles, CA  90096-0000** | | | Disputed, 7/2/2012 to 3/2013 Credit Card | | | X | 10,485.97 |

Sheet no. **1** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 75,219.84

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Valley Process Systems, Inc.        Case No. **13-51936 ASW**

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anthiem Aerial Equipment & Power Inc.**<br>**930 East California Avenue**<br>**Sunnyvale, CA 94085-0000** | | | **Disputed, 1/2013 to 3/2013, rental equipment** | | | X | **30,095.00** |
| ACCOUNT NO.<br>**Applied Engineering**<br>**991 Montague Expwy #207**<br>**Milpitas, CA 09503-5000** | | | **12/21/2012, Engineering subcontractor** | | | | **2,740.00** |
| ACCOUNT NO.<br>**AT&T**<br>**P.O. Box 525**<br>**Carol Stream, IL 60197-0000** | | | **3/2013, Mobile phone services and equipment** | | | | **3,076.53** |
| ACCOUNT NO.<br>**ATS Products, Inc.**<br>**2785 Goodrick Avenue**<br>**Richmond, CA 94801-0000** | | | **Disputed, 11/15/2012 to 3/13/2013, Sheet Metal Materials** | | | X | **55,709.55** |
| ACCOUNT NO.<br>**Bayside Interiors, Inc.**<br>**3220 Darby Common**<br>**Fremont, CA 94539-0000** | | | **Disputed, 2012 - 2013, Interior Construction Subcontractor** | | | X | **95,276.55** |
| ACCOUNT NO.<br>**Berliner Cohen**<br>**Ten Almaden Blvd., 11th Floor**<br>**San Jose, CA 95113-0000** | | | **2012-2013, Business legal services** | | | | **10,827.53** |
| ACCOUNT NO.<br>**Break Away Inc.**<br>**2025 Stone Avenue**<br>**San Jose, CA 95125-0000** | | | **12/2011 to 2/2013, Concrete cutting subcontractor** | | | | **3,348.81** |

Sheet no. **2** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **201,073.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.        Case No. **13-51936 ASW**
<br>Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Budget Auto Glass**<br>**1011 5th Street, Ste. A**<br>**Modesto, CA 95351-0000** | | | 5/25/2012, Auto glass repair or replacement | | | | **165.00** |
| ACCOUNT NO.<br>**Builders Exchange Of Santa Clara**<br>**12121 Harbour Beach Dr Suite 105**<br>**Mukiteo, WA 98275-0000** | | | 2013, membership dues | | | | **348.80** |
| ACCOUNT NO.<br>**California High Reach, Inc.**<br>**P.O. Box 578519**<br>**Modesto, CA 95357-0000** | | | 2013, rental equipment | | | | **2,453.60** |
| ACCOUNT NO.<br>**California Hydronics Corp.**<br>**2293 Tripaldi Way**<br>**Hayward, CA 94545-0000** | | | 11/26/2012, Piping Materials | | | | **1,865.05** |
| ACCOUNT NO.<br>**California Roofing Co. Inc.**<br>**1595 S. 10th Street**<br>**San Jose, CA 95112-0000** | | | 5/20/2011, roofing subcontractor | | | | **400.00** |
| ACCOUNT NO.<br>**Chart Inc.**<br>**161 Baypointe Parkway**<br>**San Jose, CA 95134-0000** | | | 5/16/2012 | | | | **3,469.62** |
| ACCOUNT NO.<br>**Chemical Safety Technology, Inc.**<br>**2461 Autumnvale Drive**<br>**San Jose, CA 95131-0000** | | | 2012, safety materials | | | | **5,547.82** |

Sheet no. **3** of **20** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **14,249.89**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Process Systems, Inc.**         Case No. **13-51936 ASW**

               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Santa Clara Municipal Utility**<br>**P.O. Box 58000**<br>**Santa Clara, CA 95052-0000** | | | **2013, office space utilities** | | | | **606.00** |
| ACCOUNT NO.<br>**Composites USA**<br>**One Peninsula Drive**<br>**North East, MD 21901-0000** | | | **Disputed, 2/12/2013, sheet metal materials** | | | X | **76,261.01** |
| ACCOUNT NO.<br>**Compressed Air Supply Co. LLC**<br>**1869 Walsh Avenue**<br>**Santa Clara, CA 95050-0000** | | | **3/29/2013, Materials** | | | | **2,320.23** |
| ACCOUNT NO.<br>**Construction Partner, Inc.**<br>**1380 Lead Hill Blvd., Suite 106**<br>**Roseville, CA 95661-0000** | | | **2/28/2013, Accounting system services and maitenance** | | | | **89.00** |
| ACCOUNT NO.<br>**Critchfield Mechanical Inc.**<br>**1901 Junction Avenue**<br>**San Jose, CA 95131-0000** | | | **Disputed, 2012 - 2013 mechanical subcontractor** | | | X | **497,799.80** |
| ACCOUNT NO.<br>**Criterion Labs, Inc.**<br>**3193 Belick St., #8**<br>**Santa Clara, CA 95054-0000** | | | **Disputed, 2012 - 2013, 3rd party testing services** | | | X | **31,127.00** |
| ACCOUNT NO.<br>**Cryotech International, Inc.**<br>**161 Baypointe Parkway**<br>**San Jose, CA 95134-0000** | | | **Disputed, Materials, 12/8/2011** | | | X | **64,005.24** |

Sheet no.    **4** of   **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                           (Total of this page) $ **672,208.28**

                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc. _____ Case No. **13-51936 ASW**
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cupertino Electric Inc.**<br>**1132 North Seventh Street**<br>**San Jose, 95112-0000** | | | **Disputed, 2012 - 2013, Subcontractor - electric** | | | X | **315,452.25** |
| ACCOUNT NO.<br>**Dahl's Equipment Rental, Inc.**<br>**1110 N. Tenth Street**<br>**San Jose, CA 95112-0000** | | | **2012 - 2013, equipment rental** | | | | **952.00** |
| ACCOUNT NO.<br>**David L. Hobson Bypass Trust**<br>**1135 Briarwood Court**<br>**Los Altos, CA 94024-0000** | | | **Unpaid rent, 2013** | | | | **3,378.70** |
| ACCOUNT NO.<br>**De La Cruz Painting**<br>**33951 11th Street**<br>**Union City, CA 94567-0000** | | | **1/16/2013, painting services** | | | | **70.00** |
| ACCOUNT NO.<br>**Dennco**<br>**912 Washington Street**<br>**San Carlos, CA 94070-0000** | | | **12/4/2012, Subcontractor - controls** | | | | **566.65** |
| ACCOUNT NO.<br>**Diamond Glass Co.**<br>**1030 Martin Ave**<br>**Santa Clara, CA 95050-0000** | | | **12/20/2012, Subcontractor to remove aluminum glass** | | | | **827.28** |
| ACCOUNT NO.<br>**Digital Engineering Systems**<br>**2450 Scott Blvd., #300**<br>**Santa Clara, CA 95050-0000** | | | **2012 - 2013, Plotting and printing services** | | | | **4,709.17** |

Sheet no. **5** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **325,956.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Process Systems, Inc.** _____  Case No. **13-51936 ASW**
                 Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DMV**<br>**P.O. Box 942894**<br>**Sacramento, CA  94294-0000** | | | **2/4/2013, vehicle registration and fees** | | | | **991.00** |
| ACCOUNT NO.<br>**Donald C. Lightbody**<br>**15060 Park Drive**<br>**Saratoga, CA  95070-0000** | | | **2012 - 2013, financial consulting services** | | | | **2,400.00** |
| ACCOUNT NO.<br>**ECO Duct, Inc.**<br>**30655 San Clemente St.**<br>**Hayward, CA  94544-0000** | | | **11/27/2012, sheet metal materials** | | | | **467.63** |
| ACCOUNT NO.<br>**ET's Hot Tapping & Freezes**<br>**1418 Mckinley St**<br>**Fairfield, CA  94533-0000** | | | **8/23/12, Piping subcontractor** | | | | **2,100.00** |
| ACCOUNT NO.<br>**EVSDEV Corporation**<br>**2470 S. Winchester Blvd., Suite D**<br>**Campbell, CA  95008-0000** | | | **Disputed, general contracting, subcontractor 2012 - 2013** | | | X | **66,067.70** |
| ACCOUNT NO.<br>**Extra Space Storage**<br>**2576 Scott Blvd.**<br>**Santa Clara, CA  95050-0000** | | | **4/10/2013, storage space** | | | | **1,404.00** |
| ACCOUNT NO.<br>**Fab - Tech Inc.**<br>**480 Hercules Drive**<br>**Colchester, VT  05446-0000** | | | **Disputed, 2012 - 2013, sheet metal materials** | | | X | **22,443.16** |

Sheet no. **6** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 95,873.49

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

        Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Federated Insurance<br>121 East Park Square<br>Owatonna, MN 55060-0000** | | | **Disputed** | | | X | **21,411.30** |
| ACCOUNT NO.<br>**Ferguson Enterprises, Inc.<br>P.O. Box 2778<br>Newport News, VA 23602-0000** | | | **3/8/2013, materials** | | | | **291.50** |
| ACCOUNT NO.<br>**Fisher And Phillips LLP<br>One Embarcadero Center Suite 2340<br>San Francisco, CA 94111-0000** | | | **2012 - 2013, legal services** | | | | **1,950.00** |
| ACCOUNT NO.<br>**Fluid Gauge Company, Inc.<br>65 Dorman Ave<br>San Francisco, CA 94124-0000** | | | **2013, materials** | | | | **463.50** |
| ACCOUNT NO.<br>**Foster Brothers<br>555 S. Murphy Avenue<br>Sunnyvale, CA 94086-0000** | | | **1/24/2013, Locksmith services for office** | | | | **397.41** |
| ACCOUNT NO.<br>**Fremont W Industrial<br>4111 Pestana Place<br>Fremont, CA 94536-0000** | | | **2012- 2013, materials** | | | | **4,009.48** |
| ACCOUNT NO.<br>**Fume Control Technology, Inc.<br>P.O. Box 3346<br>Fremont, CA 94539-0000** | | | **8/27/2012, subcontractor** | | | | **730.00** |

Sheet no. **7** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                          (Total of this page)  $ **29,253.19**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.                                    Case No. **13-51936 ASW**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GDS Manufacturing Co.**<br>**32 Boyer Circle**<br>**Williston, VT  05495-0000** | | | **Disputed, materials 2011 - 2012** | | | X | 15,125.00 |
| ACCOUNT NO.<br><br>**GLR Fasteners**<br>**664 Walsh Avenue**<br>**Santa Clara, CA  95050-0000** | | | **2013, materials** | | | | 324.86 |
| ACCOUNT NO.<br><br>**GP Fire Protection**<br>**2150 Rheem Drive, Suite F**<br>**Pleasanton, CA  94588-0000** | | | **2012 - 2013, subcontractor** | | | | 7,735.00 |
| ACCOUNT NO.<br><br>**Guerrera's Automotive Service, Inc.**<br>**3305 The Alameda**<br>**Santa Clara, CA  95050-0000** | | | **2012 - 2013, vehicle maitenance and repair** | | | | 1,942.73 |
| ACCOUNT NO.<br><br>**Harrington Industrial Plastics**<br>**14480 Yorba Avenue**<br>**Chino, CA  91710-0000** | | | **Disputed, materials, 2012** | | | X | 15,535.05 |
| ACCOUNT NO.<br><br>**Hatton's Crane & Rigging Inc.**<br>**3643 Depot Road**<br>**Hayward, CA  94545-0000** | | | **10/31/2012, Crane/Rigging subcontractor** | | | | 4,550.00 |
| ACCOUNT NO.<br><br>**Hiti, Inc.**<br>**5400 South 122nd East Avenue**<br>**Tulsa, OK  74146-0000** | | | **2013, materials** | | | | 2,161.77 |

Sheet no. **8** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,374.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.                                        Case No. **13-51936 ASW**
_____                    _____
                    Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hobson Revocable Trust <br> Kathy Hobson <br> 1135 Briarwood Court <br> Los Altos, CA  94024-0000** | | | **Unpaid pre-petition lease payment for one month regarding 3350 Scott Blvd., Suite 3901, Santa Clara, CA  95054** | | | | **3,410.70** |
| ACCOUNT NO. <br> **HP Inspections Inc. <br> 690 Sunol Street <br> San Jose, CA  95126-0000** | | | **1/31/2013, inspection services** | | | | **996.75** |
| ACCOUNT NO. <br> **Interior Glass Inc. <br> 486 Santa Ana Avenue <br> San Jose, CA  95112-0000** | | | **2/13/13, subcontractor** | | | | **5,620.00** |
| ACCOUNT NO. <br> **James R. Griffin, Inc. <br> 39199 Paseo Padre Parkway, Suite B <br> Fremont, CA  94538-0000** | | | **11/21/2012, general contracting subcontractor** | | | | **7,157.00** |
| ACCOUNT NO. <br> **John C. Offenbacker <br> 13279 Rhoda Drive <br> Los Altos, CA  94022-0000** | | | **Pre-petition lease payment for one month for 3350 Scott Blvd., Suite 4602, Santa Clara, CA  95054** | | | | **2,200.00** |
| ACCOUNT NO. <br> **King Crane Service Inc. <br> 1045 Commercial Court <br> San Jose, CA  95112-0000** | | | **Disputed, 12/31/2012, crane/rigging subcontractor** | | | X | **9,250.00** |
| ACCOUNT NO. <br> **Liebert Corporation <br> 6960 Koll Center Parkway Suite 300 <br> Pleasanton, CA  94566-0000** | | | **9/19/2012, equipment** | | | | **5,261.92** |

Sheet no. **9** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,896.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Process Systems, Inc.**        Case No. **13-51936 ASW**

Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Local Union 342 Union Hall** <br> **935 Detroit Avenue** <br> **Concord, CA 94518-0000** | | | union dues | | | | 0.00 |
| ACCOUNT NO. <br> **Mac Arthur Company** <br> **2400 Wycliff St** <br> **St. Paul, MN 55114-0000** | | | 2012, materials | | | | 2,028.13 |
| ACCOUNT NO. <br> **Matheson Tri-Gas, Inc.** <br> **909 Lake Carolyn Parkway, Suite 1300** <br> **Irving, TX 75039-0000** | | | 2012 - 2013, materials/gassess | | | | 7,277.95 |
| ACCOUNT NO. <br> **McMaster-Carr Supply Co.** <br> **600 N County Line Rd.** <br> **Elmhurst, IL 60126-0000** | | | Materials, 2013 | | | | 1,912.49 |
| ACCOUNT NO. <br> **Megapath Corporation** <br> **Dept 33408** <br> **San Francisco, CA 94139-0000** | | | 2013, Ethernet provider for office (3901) 2013 | | | | 841.36 |
| ACCOUNT NO. <br> **MeSA 3/Mechanical Environmental Sys** <br> **1945 Las Plumas Avenue** <br> **San Jose, CA 95133-0000** | | | 2013, subcontractor | | | | 1,750.00 |
| ACCOUNT NO. <br> **Mid State Electric Inc.** <br> **1855 Kirkmont Drive** <br> **San Jose, CA 95124-0000** | | | Disputed, electrict subcontractor, 2012 - 2013 | | | X | 35,839.56 |

Sheet no. **10** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **49,649.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mobile Mini, Inc.** <br> **7420 S. Kyrene Rd., Suite 101** <br> **Tempe, AZ 85283-0000** | | | **Rental mobile storage units, 2012 - 2013** | | | | 6,636.75 |
| ACCOUNT NO. <br> **Mobile Modular Management Corp** <br> **5700 Las Positas Road** <br> **Livermore, CA 94551-0000** | | | **Rental mobile office units, 2012 - 2013** | | | | 2,943.25 |
| ACCOUNT NO. <br> **Motion Industries Inc.** <br> **1605 Alton Road** <br> **Birmingham, AL 35210-0000** | | | **2012, Piping materials** | | | | 34.26 |
| ACCOUNT NO. <br> **Nestle Water North America Dba** <br> **Louisville, KY 40285-0000** | | | **2013, water delivery services** | | | | 55.95 |
| ACCOUNT NO. <br> **Nick's Machining Inc.** <br> **1059 Di Giulio Ave.** <br> **Santa Clara, CA 95050-0000** | | | **2012, materials** | | | | 2,900.31 |
| ACCOUNT NO. <br> **Nickell Fire Protection Inc.** <br> **946 N. 7th Street** <br> **San Jose, CA 95122-0000** | | | **2013, Subcontractor** | | | | 431.21 |
| ACCOUNT NO. <br> **Norman Wright Mechanical Equipment** <br> **99A South Hill Dr.** <br> **Brisbane, CA 94005-0000** | | | **Disputed, mechanical equipment and materials, 2012** | | | X | 84,506.17 |

Sheet no. **11** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **97,507.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Northern California Graphics**<br>**817 West Maude Ave.**<br>**Sunnyvale, CA 94085-0000** | | | **2012, printing services** | | | | **373.89** |
| ACCOUNT NO.<br><br>**Oregon Evergreen Construction Inc.**<br>**7431 NW Evergreen Parkway Ste. 210**<br>**Hillsboro, OR 97124-0000** | | | **Disputed, 2012, general contracting subcontractor** | | | X | **20,030.00** |
| ACCOUNT NO.<br><br>**Pac Machine Company, Inc.**<br>**5326 Gateway Plaza Drive**<br>**Benicia, CA 94510-0000** | | | **2012 - 2013, Piping materials** | | | | **729.01** |
| ACCOUNT NO.<br><br>**Pace Supply Corp.**<br>**6000 State Farm Drive**<br>**Rohnert Park, CA 94928-0000** | | | **Disputed, 2012 - 2013 materials** | | | X | **40,096.17** |
| ACCOUNT NO.<br><br>**Pacific Coast Sales & Service Inc.**<br>**310 Soquel Way**<br>**Sunnyvale, CA 94085-0000** | | | **Disputed, 2012 subcontractor** | | | X | **27,685.00** |
| ACCOUNT NO.<br><br>**Pacific Test & Balance Inc.**<br>**3055 Alvarado Street, Suite 223**<br>**San Leandro, CA 94577-0000** | | | **2012, Testing and balancing services** | | | | **4,368.00** |
| ACCOUNT NO.<br><br>**Penhall Company**<br>**1801 Penhall Way**<br>**Anaheim, CA 92801-0000** | | | **2012, concrete subcontractor** | | | | **570.00** |

Sheet no. **12** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 93,852.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.        Case No. **13-51936 ASW**

Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Peninsula Crane & Rigging**<br>**656 Wool Creek Drive**<br>**San Jose, CA  95112-0000** | | | **2012, Crane/rigging subcontractor** | | | | **4,120.00** |
| ACCOUNT NO.<br>**Petrinovich Pugh & Company LLP**<br>**333 W. Santa Clara Street, Suite 830**<br>**San Jose, CA  95113-0000** | | | **Disputed, 2012 - 2013, accounting services** | | | X | **56,470.00** |
| ACCOUNT NO.<br>**Praxair Distribution, Inc.**<br>**Dept LA 21511**<br>**Pasadena, CA  91185-0000** | | | **2012 - 2013, materials/gasses** | | | | **6,637.14** |
| ACCOUNT NO.<br>**Process Stainless Lab Inc.**<br>**1280 Memorex Drive**<br>**Santa Clara, CA  95050-0000** | | | **1/10/2013, material cleaning services** | | | | **350.00** |
| ACCOUNT NO.<br>**Professional Contractor Supply**<br>**(Tool Up) P.O. Box 81976**<br>**Las Vegas, NV  89180-0000** | | | **2012 - 2013 Materials** | | | | **346.22** |
| ACCOUNT NO.<br>**Purity Systems Inc.**<br>**P.O. Box 1252**<br>**Santa Clara, CA  95052-0000** | | | **1/11/2013, 3rd party testing** | | | | **200.00** |
| ACCOUNT NO.<br>**Pyramid Balancing Associates Inc.**<br>**1600 Wyatt Drive, Suite 7**<br>**Santa Clara, CA  95054-0000** | | | **2013, Balancing services and 3rd party testing** | | | | **2,490.00** |

Sheet no. **13** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **70,613.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc. _____ Case No. **13-51936 ASW**
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**QA Plastics**<br>**2235 Ringwood Avenue**<br>**San Jose, CA  95131-0000** | | | **2013, Materials** | | | | **1,704.99** |
| ACCOUNT NO. <br><br>**Quill**<br>**P.O. Box 37600**<br>**Philadelphia, PA  19101-0000** | | | **2013, office supplies** | | | | **455.85** |
| ACCOUNT NO. <br><br>**R.B. High Tech Transport, Inc.**<br>**P.O. Box 282305**<br>**San Francisco, CA  94128-0000** | | | **2013, tool/equipment moving subcontractor** | | | | **1,800.00** |
| ACCOUNT NO. <br><br>**Red Hawk Fire And Security, LLC**<br>**4384 Enterprise Place**<br>**Fremont, CA  94538-0000** | | | **Disputed, 2012 subcontractor** | | | X | **7,475.00** |
| ACCOUNT NO. <br><br>**RES Engineers, Inc.**<br>**1250 Missouri Street, #207**<br>**San Francisco, CA  94107-0000** | | | **2013, engineering services** | | | | **488.25** |
| ACCOUNT NO. <br><br>**Ricoh Americas Corporation**<br>**181 Metro Drive, Suite 100**<br>**San Jose, CA  95110-0000** | | | **2013, office equipment (3901)** | | | | **2,388.53** |
| ACCOUNT NO. <br><br>**Ricoh USA, Inc.**<br>**181 Metro Drive**<br>**San Jose, CA  95110-0000** | | | **2013, office equipment (4602)** | | | | **900.99** |

Sheet no. __**14**__ of __**20**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ **15,213.61** |
|---|---|---|
| | Total <br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Valley Process Systems, Inc.**                    Case No. **13-51936 ASW**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rinnie And Peterson**<br>**1121 San Antonio Road**<br>**Palo Alto, CA  94303-0000** | | | **2012 Engineering/design/seismic subcontractor** | | | | 2,615.50 |
| ACCOUNT NO.<br>**Robeck's Welding And Fabrication Inc.**<br>**1150 Mabury Rd., Suite 1**<br>**San Jose, CA  95133-0000** | | | **Disputed, 2012, materials** | | | X | 25,049.31 |
| ACCOUNT NO.<br>**Ryan Herco Flow Solutions**<br>**3010 N San Fernando Blvd.**<br>**Burbank, CA  91504-0000** | | | **2012 - 2013, materials** | | | | 1,537.44 |
| ACCOUNT NO.<br>**Safeguard Business Systems**<br>**4848 San Felipe Rd**<br>**San Jose, CA  95138-0000** | | | **2013, specialty office paper supplies** | | | | 312.73 |
| ACCOUNT NO.<br>**Safway Services LP**<br>**231 Houret Drive**<br>**Milpitas, CA  95035-0000** | | | **2011 - 2012, scaffolding subcontractor** | | | | 5,829.00 |
| ACCOUNT NO.<br>**San Jose Boiler Works, Inc.**<br>**610 Stockton Avenue**<br>**San Jose, CA  95126-0000** | | | **2011, materials** | | | | 928.38 |
| ACCOUNT NO.<br>**Santa Clara Windustrial**<br>**1525 Walsh Avenue**<br>**Santa Clara, CA  95050-0000** | | | **Disputed, materials, 2012 - 2013** | | | X | 229,375.27 |

Sheet no. **15** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **265,647.63**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 13-51936   Doc# 41   Filed: 05/14/13   Entered: 05/14/13 16:50:07   Page 26 of 41

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Scates Construction, Inc.**<br>**1769 Park Avenue**<br>**San Jose, CA 95126-0000** | | | **11/25/2012, general contracting services** | | | | **351.00** |
| ACCOUNT NO.<br>**Silpac Intl**<br>**1850 Russell Avenue**<br>**Santa Clara, CA 95054-0000** | | | **Disputed, 2013, materials** | | | X | **72,674.51** |
| ACCOUNT NO.<br>**Solar Advisory Groups Inc.**<br>**3561 Homestead Road, Suite 604**<br>**Santa Clara, CA 95051-0000** | | | **2012 - 2013, consulting services** | | | | **9,419.08** |
| ACCOUNT NO.<br>**Specialty AC Products, Inc.**<br>**310 Soquel Way**<br>**Sunnyvale, CA 94085-0000** | | | **Disputed, 2012, materials and equipment** | | | X | **206,826.83** |
| ACCOUNT NO.<br>**Specified Process Equipment Company**<br>**5334 Gateway Plaza Drive**<br>**Benicia, CA 94510-0000** | | | **3/13/2013, piping materials** | | | | **1,331.26** |
| ACCOUNT NO.<br>**Sprint**<br>**P.O. Box 541023**<br>**Los Angeles, CA 90054-0000** | | | **2013, mobile phone service** | | | | **292.46** |
| ACCOUNT NO.<br>**Stainless Solutions LLC**<br>**3281 Keller Street**<br>**Santa Clara, CA 95054-0000** | | | **Disputed, materials, 2012 - 2013** | | | X | **58,427.85** |

Sheet no. **16** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **349,322.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.      Case No. **13-51936 ASW**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Structural Engineers Inc.** <br> **4970 El Camino Real Suite 100** <br> **Los Altos, CA 94022-0000** | | | **2012, Engineering services** | | | | **2,982.50** |
| ACCOUNT NO. <br> **Sunnyvale Windustrial** <br> **394 West Carribean Drive** <br> **Sunnyvale, CA 94089-0000** | | | **Disputed, 2012 - 2013, materials** | | | X | **318,604.74** |
| ACCOUNT NO. <br> **Sunstate Equipment Co.** <br> **5552 E. Washington Street** <br> **Phoenix, AZ 85034-0000** | | | **2012, equipment rentals** | | | | **8,096.33** |
| ACCOUNT NO. <br> **Swagelok Northern California** <br> **3393 West Warren Avenue** <br> **Fremont, CA 94538-0000** | | | **Disputed, 2012 - 2013, materials** | | | X | **12,600.29** |
| ACCOUNT NO. <br> **Tap Master Inc.** <br> **1647 Willow Pass Road, #136** <br> **Concord, CA 94520-0000** | | | **Disputed, 2012 - 2013, piping subcontractor** | | | X | **15,594.00** |
| ACCOUNT NO. <br> **The Smog Man Test Only** <br> **1463 El Camino Real** <br> **Santa Clara, CA 95050-0000** | | | **2012, smog test only station services** | | | | **158.52** |
| ACCOUNT NO. <br> **Therma Corp** <br> **1601 Las Plumas Ave** <br> **San Jose, CA 95133-0000** | | | **Disputed, 2013, materials** | | | X | **56,429.70** |

Sheet no. **17** of **20** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **414,466.08**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc.        Case No. **13-51936 ASW**

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Thomas Air Systems Inc.**<br>**P.O. Box 1435**<br>**Colfax, CA 95713-0000** | | | Disputed, materials and equipment, 2012 | | | X | 18,311.52 |
| ACCOUNT NO.<br>**Thomas Construction And Maitenance**<br>**5542 Monterey Road**<br>**San Jose, CA 95138-0000** | | | 2013, subcontractor | | | | 1,875.00 |
| ACCOUNT NO.<br>**Tires Unlimited**<br>**1385 El Camino Real**<br>**Santa Clara, CA 95050-0000** | | | 2/1/2013, Vehicle tires and tire services | | | | 399.66 |
| ACCOUNT NO.<br>**United MIleage Plus**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-0000** | | | 2012 - 2013, credit card | | | | 1,486.12 |
| ACCOUNT NO.<br>**United Site Services Of CA, Inc.**<br>**3408 Hillcap Ave.**<br>**San Jose, CA 95136-0000** | | | Disputed, 2012 - 2013, toilet/sink rentals | | | X | 28,452.83 |
| ACCOUNT NO.<br>**US Healthworks Medical Group PC**<br>**P.O. Box 50042**<br>**Los Angeles, CA 90074-0000** | | | 2/1/2013, testing and certification for safety | | | | 390.00 |
| ACCOUNT NO.<br>**V&C Solutions Inc.**<br>**3375 Scott Blvd, Suite 234**<br>**Santa Clara, CA 95054-0000** | | | 2012 - 2013, IT services and maitenance | | | X | 9,734.34 |

Sheet no. **18** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **60,649.47**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc. _____ Case No. **13-51936 ASW**
<span style="float:left">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Various Technologies Inc.**<br>**2720 Aiello Drive, Building C**<br>**San Jose, CA  95111-0000** | | | 12/20/2011, subcontractor | | | | 3,500.00 |
| ACCOUNT NO.<br>**Vickers Concrete Sawing Inc.**<br>**392 E. Gish Road**<br>**San Jose, CA  95112-0000** | | | 2012 - 2013, concrete subcontractor | | | | 7,560.00 |
| ACCOUNT NO.<br>**Walschon Fire Protection Inc.**<br>**1015 Terminal Way**<br>**San Carlos, CA  94070-0000** | | | Disputed, 2012, subcontractor | | | X | 14,128.00 |
| ACCOUNT NO.<br>**Water Tech Specialties**<br>**1590 Center Pointe Drive**<br>**Milpitas, CA  95035-0000** | | | 2013, subcontractor | | | | 2,100.00 |
| ACCOUNT NO.<br>**West Coast Cranes Inc.**<br>**136 Wendell Street**<br>**Santa Cruz, CA  95060-0000** | | | Disputed, 2012, crane/rigging subcontractor | | | X | 10,265.00 |
| ACCOUNT NO.<br>**West Coast Mechanical Insulation**<br>**15559 Union Avenue #131**<br>**Los Gatos, CA  95032-0000** | | | Disputed, 2012 - 2013, insulation subcontractor | | | X | 17,582.00 |
| ACCOUNT NO.<br>**Westco Iron Works Inc.**<br>**437 Queens Lane**<br>**San Jose, CA  95112-0000** | | | 2/28/2011, subcontractor | | | | 4,175.00 |

Sheet no. **19** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>
(Total of this page) $ <b>59,310.00</b>

Total<br>
(Use only on last page of the completed Schedule F. Report also on<br>
the Summary of Schedules, and if applicable, on the Statistical<br>
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Process Systems, Inc. _____ Case No. **13-51936 ASW**
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wilhite Electric Inc.**<br>**337 Preston Court**<br>**Livermore, CA  94551-0000** | | | **2013, subcontractor, electric** | | | X | **16,506.00** |
| ACCOUNT NO.<br><br>**Wright Express/Fleet Fueling**<br>**97 Darling Avenue**<br>**South Portland, ME  04106-0000** | | | **Disputed, 3/6/2013, fleet card services for fuel and oil changes** | | | X | **9,481.64** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **20** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **25,987.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,066,861.38**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Process Systems, Inc.</u>                    Case No. **13-51936 ASW**
                                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **California High Reach, Inc.**<br>**P.O. Box 578519**<br>**Modesto, CA  95357-0000** | **Equipment rental, contract number 21966-13107, model 1932-1** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment Rental, Model 6110752MSG, contract number 1747249** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model 6521824MSG, contract number 1398399** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model 6553673MSG** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model 9112213MSG, contract number 955018711** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model AS40uYU0656, contract number 955017003** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model LS40TZS4098, contract number 955017030** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model number BS24YWS7001, contract number 955014378** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model number SKD24051MSG, contract number 955009655** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model number SKD60294MSG, contract number 955009666** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, Model SKD24177, contract number 1738425** |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ  85283-0000** | **Equipment rental, model SkD521944MSG, contract number 1739049** |
| **Hobson Revocable Trust**<br>**Kathy Hobson**<br>**1135 Briarwood Court**<br>**Los Altos, CA  94024-0000** | **Month to month lease for 3350 Scott Blvd., Suite 3901, Santa Clara, CA  95054** |
| **John C. Offenbacker**<br>**13279 Rhoda Drive**<br>**Los Altos, CA  94022-0000** | **Month to month lease for condominium located at 3350 Scott Blvd., Suite 4602, Santa Clara, CA  95054** |
| **Ricoh Americas Corporation**<br>**181 Metro Drive, Suite 100**<br>**San Jose, CA  95110-0000** | **Office equipment rental, Ricoh MPC3500, contract number 2229371** |
| **Ricoh Americas Corporation**<br>**181 Metro Drive, Suite 100** | **Office equipment, Ricoh MPS200SP, contract number 036-0015951-000** |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Valley Process Systems, Inc.</u>                          Case No. <u>13-51936 ASW</u>
                   Debtor(s)                                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dolores Salazar** | **Bridge Bank**<br>**Larry LaCriox, Senior Vice President**<br>**55 Almaden Blvd., Suite 100**<br>**San Jose, CA  95113-0000** |
| **Ken Salazar** | **Bridge Bank**<br>**Larry LaCriox, Senior Vice President**<br>**55 Almaden Blvd., Suite 100**<br>**San Jose, CA  95113-0000** |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>**Valley Process Systems, Inc.**</u>                                    Case No. <u>**13-51936 ASW**</u>
Debtor(s) (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
Debtor

Date: _____     Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>**President And CEO**</u> (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**Valley Process Systems, Inc.**</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____<u>**34**</u> sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**May 10, 2013**</u>          Signature: **/s/ Kenneth Salazar**

Kenneth Salazar
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Northern District of California

IN RE:                                                    Case No. **13-51936 ASW**

**Valley Process Systems, Inc.**                          Chapter **11**
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

## 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 20,146,968.00 | Gross revenue from operation of business, 2011 |
| 13,164,198.00 | Gross revenue from operation of business, 2012 |
| 2,881,933.00 | Gross revenue from operation of business, January 2013 - April 4, 2013 |

## 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,494.00 | Federated Insurance |

## 3. Payments to creditors
**Complete a. or b., as appropriate, and c.**

None ☑    _a. Individual or joint debtor(s) with primarily consumer debts:_ List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sheet Metal Workers Local 104** **2610 Crow Canyon Road, Ste. 300** **San Ramon, CA 94513-0000** | **$43,148.63 on 3/13/13, $8,149.69 on 3/1/13 and $1,747.92 on 2/1/13** | **53,046.24** | **57,047.83** |
| **UA 393 Contributions** **P.O. Box 39201** **Los Angeles, CA 90039-0000** | **3/18/13** | **17,118.51** | **123,850.79** |

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dolores Salazar** | **Payroll 4/5/12 to 4/4/2013 (gross)** | **92,397.00** | **0.00** |
| **Kenneth D. Salazar** | **Payroll: 4/5/12 to 4/4/12 (gross)** | **177,943.00** | **0.00** |
| **Daniel Salzar** | **Payroll 4/5/2012 to 4/4/2013 (gross)** | **53,353.95** | **0.00** |
| **Daniel Salazar** | **7/9/2012** | **3,600.00** | **0.00** |
| **Daniel Salazar** | **7/18/2012** | **6,000.00** | **0.00** |
| **Daniel Salazar** | **7/27/2012** | **3,000.00** | **0.00** |
| **Daniel Salazar** | **8/3/2012** | **3,000.00** | **0.00** |
| **Daniel Salazar** | **8/8/2012** | **3,000.00** | **0.00** |
| **Ken Salazar** | **5/31/2012** | **1,340.00** | **0.00** |
| **Ken Salazar** | **10/29/2012** | **2,049.86** | **0.00** |
| **Aime Salazar** | **1/28/2013** | **1,001.50** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Critchfield Mechanical Inc. v. Valley Process Systems, Inc., et al. , Case No. RG-13666135** | **Collection case** | **Superior Court of California, County of Alameda** | **Parties have received notice of Debtor's bankruptcy/pending** |
| **Valley Process Systems, Inc. v. Jim Castro, et al., Case No. 1-13 -CV-243574** | **Civil claims against Jim Castro, et al., with respect to certain products which Jim Castro ordered and which debtor paid for and never received.** | **Superior Court of California, County of Santa Clara** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **AThletic Perfection** | | **6/7/2012** | **750.00** |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Jim Castro employee theft claim** | | |
| **2004 F150 Truck, value of $5,491.00.** | **Employee was driving in parking lot while texting and hit a cement barrier/pole, totaling the vehicle, claim was covered, less deductible, $5117.60** | **2/13/13** |
| **Pending claim for theft of company owned tools, estimated value $2,782.00** | **Employee had company vehicle parked outside of home and someone broke into tool box and stold tools** | **3/8/2013** |
| **2004 F150** | **Other party ran a red light and colided with employee vehicle, amount paid $4513.00** | **4/20/2012** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steven J. Sibley DiNapoli & Sibley 10 Almaden Blvd., Ste. 1250 San Jose, CA  95113-0000** | | **67,000.00** |

**$15,000 retainer for representation of the debtor in the Castro lawsuit filed in Santa Clara County Superior Court, Case No. 1-13-CV-243574, paid by the debtor and $52,000 retainer for bankruptcy case paid by Ken and Dolores Salazar**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **relates to all job sites** | **State Of California Occupational Lead Poisoning Fee Waiver** | **10/12/12** | |

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None [x]    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

None [x]    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None [ ]    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Petrinovich Pugh & Company LLP**<br>**333 W. Santa Clara Street, Suite 830**<br>**San Jose, CA  95113-0000** | **February 28, 2013** |
| **Dayna Tran**<br>**128 Southview**<br>**San Jose, CA  95138-0000** | **8/14/2006 to present** |

None [ ]    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Petrinovich Pugh & Company LLP**<br>**333 W. Santa Clara Street, Suite 830**<br>**San Jose, CA  95113-0000** | **February, 2013** |
| **UA Local 393**<br>**1731 Technology Drive, Suite 570**<br>**San Jose, CA  95110-0000** | **March, 2013** |
| **Federated Insurance**<br>**121 East Park Square**<br>**Owatonna, MN  55060-0000** | **July, 2012** |
| **EVerest National Insurance Co.**<br>**P.O. Box 830**<br>**Liberty Corner, NJ  07938-0000** | **June, 2012** |

None [ ]    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Petrinovich Pugh & Company LLP**
**333 W. Santa Clara Street, Suite 830**
**San Jose, CA  95113-0000**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐ within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED
**Bridge Bank**
**Robert Izmirian, Esq.**
**55 Second Street, Suite 1700**
**San Francisco, CA  94105-0000**

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Kenneth D. Salazar** | **President, Director, Secretary, Treasurer, Board Member** | **45%** |
| **Dolores Salazar** | **Director/Board Member** | **45%** |
| **Kevin Salazar** | **Director/Board Member** | **5%** |
| **Christine Salazar** |  | **5%** |

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☐ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION PLAN                           TAXPAYER IDENTIFICATION NUMBER
**Sheet Metal Workers Local 104, Sheet Metal**      **52-6112463**
**Worker's National Pension Fund, P.O. Box 45312,**
**San Francisco, CA  94145**

**UA Local 393 Pension Trust, UA 393 Contributions,** **94-6359772**
**Department #4988-C, P.O. Box 39201, Los Angeles,**
**CA  90039**

**Local 342, Northern California Pipe Trades Trust**   **94-3190386**
**Funds, P.O. Box 55606, Hayward, CA  94545**

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 10, 2013**                    Signature: ***/s/ Kenneth Salazar***

**Kenneth Salazar, President And CEO**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only