STEVEN J. SIBLEY (SBN 152365)
JOHN E.F. DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile:  (408) 999-0191
SJS@dslaw.net

Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

VALLEY PROCESS SYSTEMS, INC.,

Debtor.

Case No.  13-51936 ASW
Chapter 11

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION RECEIVED ON BEHALF OF DEBTOR**

**Fed. R. Bank. P. 2016(b)**

TO THE OFFICE OF THE U.S. TRUSTEE:

COMES NOW, DINAPOLI & SIBLEY, (The Firm) with this Disclosure of Compensation received by the Firm from or on behalf of the Debtor. This disclosure is made pursuant to Fed. R. Bank. P. 2016(b).

1.   To date, the Firm received three post-petition payments from Ken and Dolores Salazar. On or about May 7, 2013 the Firm received $5,000.00. On or about May 10, 2013, the Firm received $4,600.00 and $400.00.

2.   The Firm has not entered into any agreements to split or share fees with any other non-Firm professional.

May 22, 2013                    */s/ Steven J. Sibley*

                                STEVEN J. SIBLEY, Counsel for Debtor