STEVEN J. SIBLEY (SBN 152365)
JOHN E.F. DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Attorneys for
VALLEY PROCESS SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VALLEY PROCESS SYSTEMS, INC.<br><br>    Debtor | Case No. 13-51936-ASW<br>Chapter 11<br><br>**MOTION FOR DEBTOR'S PAYMENT TO DEBTOR'S SPECIAL COUNSEL OF RETAINER DEPOSITS FROM CASH COLLATERAL**<br><br>**[No Hearing Unless Requested]** |

COMES NOW, VALLEY PROCESS SYSTEMS, INC. ("Debtor" or "VPS") with its Motion for Approval for payment of retainer deposits to its counsel DINAPOLI & SIBLEY ("Counsel" or "The Firm") from cash collateral.

IN SUPPORT THEREOF, the Debtor represents as follows:

1. The Debtor filed this bankruptcy case on or about April 4, 2013. The debtor is involved in the sale, installation and maintenance of process piping for commercial applications.

2. One of the assets of this bankruptcy estate is pending state court litigation captioned *Valley Process Systems, Inc. v. Castro*, Case No. 1-13-CV-243574 (Santa Clara County Superior Court). The *Castro* case involves the debtor's recovery of funds and other property embezzled from the debtor by a former employee. The debtor claims damages of approximately $3,400,000 against the *Castro* defendants.

3. On or about April 29, 2013, this court approved the debtor's employment of DiNapoli & Sibley (Counsel or the Firm) as general insolvency counsel and special counsel to the debtor.

MOTION FOR DEBTOR'S PAYMENT TO DEBTOR'S SPECIAL COUNSEL OF ADDITIONAL
RETAINER DEPOSITS FROM CASH COLLATERAL Page 1, Case No. 13-51936-ASW

Case: 13-51936    Doc# 60    Filed: 08/01/13    Entered: 08/01/13 11:42:23    Page 1 of 2

4. To fund prosecution of the *Castro* matter, secured creditor BRIDGE BANK ("Bank") agreed for the debtor to make weekly $5,000 deposits to the Firm from cash collateral, subject to existing and future cash collateral orders. Any proceeds from the *Castro* litigation will be used to fund the debtor's operations and\or pay creditors pursuant to the provisions of the Bankruptcy Code

5. The deposits will be held in trust by the Firm and will be released upon Court approval of the Firm's interim and final fee applications pertaining to work in the pending *Castro* state court matter.

6. The Memorandum of Points and Authorities and Declaration of Steven J. Sibley are submitted in support of this Motion.

WHEREFORE, it is requested that the Court GRANT the debtor's Motion as follows:

a. For payment from cash collateral to the Firm of post-petition retainer deposits of $5,000 per week, with the deposits held in trust by the Firm, subject to existing and future cash collateral orders;

b. For the deposits to be released upon court orders approving the Firm's interim and final fee applications; and

c. Such other and further relief as is just and proper.


Dated: August 1, 2013  DINAPOLI & SIBLEY

By:  */s/ Steven J. Sibley*

STEVEN J. SIBLEY

Counsel to the Debtor

MOTION FOR DEBTOR'S PAYMENT TO DEBTOR'S SPECIAL COUNSEL OF ADDITIONAL RETAINER DEPOSITS FROM CASH COLLATERAL Page 2, Case No. 13-51936-ASW

Case: 13-51936    Doc# 60    Filed: 08/01/13    Entered: 08/01/13 11:42:23    Page 2 of 2