STEVEN J. SIBLEY (SBN 152365)
JOHN E.F. DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail:     sjs@ dslaw.net

Attorneys for
VALLEY PROCESS SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| VALLEY PROCESS SYSTEMS, INC. | Case No. 13-51936-ASW |
|---|---|
| Debtor | Chapter 11 |
| | **MOTION FOR DEBTOR'S ASSUMPTION OF MONTH-TO-MONTH COMMERCIAL LEASE – 3350 Scott Blvd., Ste. 3901 Santa Clara, CA 95054 Landlord: Hobson Revocable Trust** |
| | **[No Hearing Unless Requested]** |

COMES NOW, VALLEY PROCESS SYSTEMS, INC. ("Debtor" or "VPS") with its Motion for Assumption of a month-to-month commercial lease for the Premises commonly known as 3350 Scott Blvd., Suite 3901, Santa Clara, California 95054 ("Premises"). This Motion is made pursuant to Bankruptcy Code § 365(d)(4)(A) and Fed. R. Bank. P. 6006(a) and (c).

IN SUPPORT THEREOF, the Debtor represents as follows:

1. The Debtor filed this bankruptcy case on or about April 4, 2013. The debtor is involved in the sale, installation and maintenance of process piping for commercial applications.

2. On or about January 28, 2008, the debtor entered into a commercial lease to the Premises with the landlord HOBSON REVOCABLE TRUST, KATHY HOBSON, TRUSTEE (Landlord). The Premises consists of 2,938 square feet of office, conference rooms and storage. The lease term was modified to month-to-month when the lease term expired February 28, 2011. The debtor presently occupies the Premises

with monthly rent of $3,410.70. The debtor owes one (1) month of pre-petition rent of $3,410.70. The debtor has timely paid all post-petition rent payments.

3. The Premises are necessary for the Debtor's operations. The Premises are centrally located to a majority of the debtor's customers. The debtor also rents an approximate 2,000 square foot space on a month-to-month basis that it uses to fabricate and manufacture process piping and components for installation at its customers' facilities and is filing a similar motion to assume that space, 3350 Scott Blvd., Suite 4602, Santa Clara, California) which is owned by a different landlord.

4. The debtor proposes to assume the month-to-month lease; a copy of the original lease is attached as Exhibit A to Ken Salazar's declaration, filed concurrently, and to cure the pre-petition rent default through four (4) consecutive monthly payments of $852.68 payable with future monthly rent payments.

5. A Memorandum of Points and Authorities is filed concurrently in support of this Motion.

WHEREFORE, it is requested that the Court GRANT the debtor's Motion to assume the month to month lease, to find that the debtor's proposed cure of the one-month arrearage complies with the cure or adequate assurance provisions of Bankruptcy Code § 365(b)(1); and such other and further relief as is just and proper.

Dated: August 1, 2013          DINAPOLI & SIBLEY

                        By:    */s/ Steven J. Sibley*
                               STEVEN J. SIBLEY
                               Counsel to the Debtor