STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Attorneys for
VALLEY PROCESS SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VALLEY PROCESS SYSTEMS, INC.<br><br>    Debtor | Case No. 13-51936<br>Chapter 11<br><br>**DEBTOR' STATUS CONFERENCE STATEMENT**<br>Hearing<br>Date:   August 23, 2013<br>Time:   2:30 pm<br>Place:  Courtroom 3020<br>          280 S. First St., San Jose, CA<br>Judge: Weissbrodt |

COMES NOW, VALLEY PROCESS SYSTEMS, INC. (Debtor) with this STATUS CONFERENCE STATEMENT.

**STATUS OF THE PROCEEDING**

1. The Debtor filed this case on April 4, 2013. The filing resulted from a cash shortage caused by delayed customer payments on VPS invoices that prevented the debtor's payment of employee wages and benefits. The debtor's business pertains to the design, installation and servicing of process piping systems for the manufacture of silicon wafers, chips and other electronic parts requiring the use of various gases and liquids to create the products. 90% of the debtor's clientele are Fortune 500 companies. The Debtor's 2012 gross revenues were $13.9 million.

2. Since the last status conference statement hearing on June 28, 2013, the Debtor has paid post-petition union trust fund contributions and health benefits, and has pursued collection of existing pre-petition unpaid balances owed by customers, particularly Western Digital and Philips Lumileds. The debtor's efforts has resulted in Western Digital's payment of $254,000 to the debtor on or about Friday, July 15, 2013.

3.  3.  The debtor has operated its business pursuant to cash collateral orders involving secured creditor BRIDGE BANK (Bank). Those cash collateral orders imposed a threshold "floor" collateral asset value of $2.7 million dollars. The debtor has been above and below that threshold value, with a range (above and below) of roughly $75,000 to $100,000. The Debtor is informed and believes that Bank is owed $3,115,174.39. On the petition date, the Debtor's assets subject to Bank's security interest were valued at $2,680,000.

4.  The debtor is a party in two (2) state court cases. *Critchfield Mechanical v. Valley Process Systems, et al*,(Case No. RG-13666135, Alameda Co. Superior Court), concerns breach of contract damages of $498,000 brought by a subcontractor of the debtor. The debtor filed an answer contesting the claim. That case was stayed by the filing of this bankruptcy case. The second case, *Valley Process Systems v. Castro* Case No. 1-13-CV-243574 (Santa Clara Co. Superior Court) pertains to the debtor's claims for fraud and embezzlement against a former employee. Valley Process seeks recovery of approximately $3,400,000 in damages. The defendant denied plaintiff\debtor's allegations. The *Castro* case is active and in process. The debtor is engaged in discovery for the *Castro* matter, preparing and serving subpoenas on material suppliers and others with possible knowledge and information of the alleged scheme and is reviewing documents prior to scheduling Mr. Casto's deposition.

5.  August 6, 2013 was the non-government claims filing deadline. The chart below shows the amount and type of claims filed versus the debtor's scheduled amounts:

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Scheduled | $3,417,862.62 | $ 96,612.82 | $3,066,861.38 |
| Filed | $3,188,158.40 | $571,252.70 | $4,781,685.64 |

The debtor's brief review of the filed claims showed that several of the claims are objectionable. For example, West Coast Quartz filed a claim for $2,561,263.56, which claim is the total initial contract price that is not offset by payments made to material suppliers and others on the project.

Case: 13-51936  Doc# 74  Filed: 08/15/13  Entered: 08/15/13 10:54:36  Page 2 of 3
DEBTOR'S STATUS CONFERENCE STATEMENT  page  2                    Case No. 13-51936 ASW

6. The Debtor has continued its efforts to resolve the amounts owed to material suppliers and subcontractors on the Western Digital and Philips projects were and are subject to mechanic's and\or materialmen's liens. The determination of qualified mechanic lien claimants has been complicated by lack of documentation as to the status of various projects. Some of the projects were discontinued; others were completed, but a notice of completion was not filed by any party. Both Western Digital and Philips advised the debtor to resume their working relationships after resolution of the material supplier and subcontractor claims.

7. The debtor's objectives are to stabilize its operations through expense reductions and to bid and work on projects that result in a profit. The debtor continues its excellent working relationships with its customers and has corresponded with the Bank, its unions and its suppliers to re-establish its position in the marketplace.

Respectfully submitted:

DINAPOLI & SIBLEY

Dated: August 15, 2013     By:     *Steven J. Sibley*
                                    STEVEN J. SIBLEY
                                    Counsel to Debtor
                                    VALLEY PROCESS SYSTEMS, INC.