IT IS SO ORDERED.
Signed August 23, 2013

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy

JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:  (408) 999-0900
Facsimile:    (408) 999-0191
e-mail:        jfd@dslaw.net

Special Counsel for Debtor
VALLEY PROCESS SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

VALLEY PROCESS SYSTEMS, INC.,

Debtor.

Case No. 13-51936 ASW
Chapter 11

**ORDER GRANTING DEBTOR'S SPECIAL COUNSEL'S FIRST APPLICATION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS (April 4-August 1, 2013)**

Hearing: 8/22/2013
Time: 1:15 p.m.
Judge: Hon. Arthur S. Weissbrodt
Room: 3020, United States Courthouse, 280 South First Street, San Jose, CA

The First Application of JOHN DINAPOLI of DINAPOLI & SIBLEY for his fees and costs as Special Counsel for the Debtor as plaintiff in a State Court Action, captioned *VALLEY PROCESS SYSTEMS, INC., v. JAMES CASTRO*, Santa Clara County Superior Court Case No. 1-13-CV-243574, came on regularly for hearing at the time and place set forth above. No opposition was filed to the Application. John DiNapoli appeared as Special Counsel for the Debtor. Based on the Application, time and billing entries, and judicial guidelines:

IT IS HEREBY ORDERED that the Applicant, JOHN DINAPOLI, is allowed interim compensation of $28,575.85, consisting of:

$20,970 in fees and $4,498.09 in expenses incurred in the State Court Action from April

4, 2013, through August 1, 2013, and

$2,900 in fees and $207.76 in costs incurred in preparing, filing and serving the Application.

IT IS FURTHER ORDERED that the Applicant shall be reimbursed for this allowed amount from the funds presently on deposit in his trust account, consisting of the balance of the Debtor's pre-petition retainer ($6,150), and other property of the estate as approved by the Debtor's Secured Creditor, Bridge Bank, or by Order of this Court.

*** END OF ORDER ***

ORDER ON SPECIAL COUNSEL'S FIRST APPLICATION  Case No. 13-51936 ASW
FOR REIMBURSEMENT OF FEES AND COSTS
FeeApp.Order.ServiceList.wpd

**COURT SERVICE LIST**

ECF Recipients

KENNETH D. SALAZAR
President/CEO
Valley Process Systems, Inc.
3567 Benton Street, Suite 341
Santa Clara, CA 95051

---

ORDER ON SPECIAL COUNSEL'S FIRST APPLICATION
FOR REIMBURSEMENT OF FEES AND COSTS
FeeApp.Order.ServiceList.wpd

Case No. 13-51936 ASW