

IT IS SO ORDERED.

Signed January 22, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: jfd@dslaw.net

Special Counsel for Debtor
VALLEY PROCESS SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY PROCESS SYSTEMS, INC.,<br><br>Debtor. | Case No. 13-51936 ASW<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S SPECIAL COUNSEL'S SECOND APPLICATION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS (August 2-December 2, 2013)**<br><br>Hearing: 1/16/2014<br>Time: 1:15 p.m.<br>Judge: Hon. Arthur S. Weissbrodt<br>Room: 3020, United States Courthouse, 280 South First Street, San Jose, CA |

The Second Application of JOHN DINAPOLI of DINAPOLI & SIBLEY for his fees and costs as Special Counsel for the Debtor as plaintiff in a State Court Action, captioned *VALLEY PROCESS SYSTEMS, INC., v. JAMES CASTRO*, Santa Clara County Superior Court Case No. 1-13-CV-243574, came on regularly for hearing at the time and place set forth above. John DiNapoli of DiNapoli & Sibley appeared as Special Counsel for the Debtor and Robert E. Izmirian of Buchalter Nemer appeared for Secured Creditor, Bridge Bank. Based on the Application, time and billing entries, and judicial guidelines:

IT IS HEREBY ORDERED that the Applicant, JOHN DINAPOLI, is allowed interim compensation of $34,133.75, after deducting $900 from his charges for having prepared this

ORDER ON SPECIAL COUNSEL'S SECOND APPLICATION                                    Case No. 13-51936 ASW
FOR REIMBURSEMENT OF FEES AND COSTS
FeeApp2Order.wpd

Case: 13-51936    Doc# 161    Filed: 01/22/14    Entered: 01/22/14 14:39:58    Page 1 of 3

Second Application.

IT IS FURTHER ORDERED that the interim compensation allowed herein shall be payable only upon further Order of this Court and that the Court reserves jurisdiction therefor.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

ECF Recipients

KENNETH D. SALAZAR
President/CEO
Valley Process Systems, Inc.
3376 Solano Court
Santa Clara, CA 95051

---

ORDER ON SPECIAL COUNSEL'S SECOND APPLICATION
FOR REIMBURSEMENT OF FEES AND COSTS
FeeApp2Order.wpd

Case No. 13-51936 ASW