STEVEN J. SIBLEY (SBN 152365)
JOHN E.F. DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
SJS@dslaw.net

Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

VALLEY PROCESS SYSTEMS, INC.,

Debtor.

Case No. 13-51936 ASW
Chapter 11

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION RECEIVED FROM OR ON BEHALF OF DEBTOR**

**Fed. R. Bank. P. 2016(b)**

TO THE OFFICE OF THE U.S. TRUSTEE:

COMES NOW, DINAPOLI & SIBLEY, (The Firm) with this Disclosure of Compensation received by the Firm from or on behalf of the Debtor. This disclosure is made pursuant to Fed. R. Bank. P. 2016(b).

1. The Firm has received another post-petition payment from Ken and Dolores Salazar in the amount of $4,000.00 on or about February 6, 2014.

2. The Firm has not entered into any agreements to split or share fees with any other non-Firm professional.

February 12, 2014       */s/ Steven J. Sibley*

                                              STEVEN J. SIBLEY, Counsel for Debtor