

**IT IS SO ORDERED.**
**Signed April 14, 2014**

_Arthur S. Weissbrodt_
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-51936-ASW |
| VALLEY PROCESS SYSTEMS, INC. | Chapter 11 |
| Debtor. | |

**ORDER RE SURCHARGE MOTIONS**

In Debtor's status conference statement filed March 17, 2014, Debtor's former counsel, Steven Sibley, indicated that a proposed order of dismissal was being circulated, and that Bridge Bank objected to language in the proposed order that reserved jurisdiction for this Court to issue decisions on three outstanding motions, filed by the Debtor, to surcharge Bridge Bank's cash collateral for payment of Debtor's attorney's fees (docket nos. 104, 112, and 146) (the "Surcharge Motions").

In this Court's Order of March 21, 2014, the Court indicated that it would be issuing decisions on the Surcharge Motions in the near future.

Thereafter, Mr. Sibley submitted an order of dismissal that was signed off by Mr. Wesolowski on behalf of the U.S. Trustee and Mr. Izmirian on behalf of Bridge Bank. The order was entered by

this Court on March 27, 2014.  The Order does not provide for the Court to retain jurisdiction to decide the Surcharge Motions.

It is the Court's understanding that, following dismissal of the case without an express retention of jurisdiction over the Surcharge Motions, this Court no longer has jurisdiction over the Surcharge Motions.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**Court Service List**

Valley Process Systems, Inc.
Attn: Ken Salazar
3567 Benton Street, Suite 341
Santa Clara, CA 95051


Steven Sibley
Law Offices of DiNapoli & Sibley
10 Almaden Blvd. #1250
San Jose, CA 95113-2233


Robert Izmirian
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, CA 94105-3493


John Wesolowski
Office of the United States Trustee
280 S. 1st Street #268
San Jose, CA 95113-0002

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California